Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd., Ste. 1275
Los Angeles, California 90064
Tel: (310) 312-6800
Fax: (310) 943-2582

Emil Davtyan (SBN 299363)
support@davtyanlaw.com
**Davtyan PLC**
5959 Topanga Canyon Blvd. Suite 130
Woodland Hills, CA 91367
Tel (818) 875-2935
Fax (818) 722-5525

Attorneys for Plaintiff
ANGELA RAEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RAEL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THYSSENKRUPP MATERIALS NA, INC., THYSSENKRUPP INDUSTRIAL SERVICES NA, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01683-MCE-AC<br><br>**STIPULATION RE DISMISSAL AND ORDER THEREON** |

Plaintiff Angela Real ("Plaintiff") and defendant ThyssenKrupp Materials NA, Inc. ("Defendant") enter into this Stipulation re Dismissal and mutually request the Court to enter an order in accordance herewith.

**STIPULATION**

1.　In her complaint, Plaintiff asserts individual and class action wage and hour claims against Defendant based on the central allegation that Defendant engages in uneven rounding practices.

2.　Following receipt of information from Defendant regarding the effect of its rounding

1
STIPULATION RE DISMISSAL AND ORDER THEREON

practices, Plaintiff decided to abandon her class action claims and pursue instead only individual claims against Defendant.

3. The parties subsequently reached a settlement with respect to Plaintiff's individual claims against Defendant.

4. In light of the above, the parties agree and request the Court to order that Plaintiff's class action claims against Defendant be dismissed without prejudice, Plaintiff's individual claims against Defendant be dismissed with prejudice, and each party shall bear its own respective costs and fees.

Dated: July 19, 2019  KARASIK LAW FIRM
DAVTYAN PLC

By  */s/ Gregory N. Karasik*
Gregory N. Karasik
Attorneys for Plaintiff

Dated: July 19, 2019  BLANK ROME LLP

By  */s/ Laura Reathaford*
Laura Reathaford
Attorneys for Defendant

## **ORDER**

Good cause having been shown, it IS HEREBY ORDERED that:

1. Plaintiff's class action claims against Defendant are DISMISSED without prejudice;

2. Plaintiff's individual claims against Defendant are DISMISSED with prejudice; and

3. Each party shall bear its own respective costs and fees.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE